UNITED STATES of America,
Plaintiff-Appellee,

v.

Beth Koehler DIEHL,
Defendant-Appellant.

No. 76–4386.

United States Court of Appeals,
Fifth Circuit.

Dec. 22, 1978.

Dougal C. Pope, Houston, Tex., for defendant-appellant.

Edward B. McDonough, Jr., U. S. Atty., R. Burton Ballanfant, Anthony J. P. Farris, Asst. U. S. Attys., Houston, Tex., Scott P. Crampton, Asst. Atty. Gen., Myron C. Baum, Acting Asst. Atty. Gen., Gilbert E. Andrews, Acting Chief, Appellate Section, Jonathan S. Cohen, James S. Maxwell, Attys., Tax Div., Dept. of Justice, Washington, D. C., George Hastings, Jr., for plaintiff-appellee.

Before GEE and VANCE, Circuit Judges, and HUNTER,* District Judge.

PER CURIAM:

We have reviewed the forty-four page opinion of the court below from the critical viewpoint of the appellant, expressed in brief and oral argument. The district judge made detailed findings of fact which are fully supported by the record. Respecting the legal issues, we think the court below was plainly correct in resolving them as it did. The judgment is affirmed on the basis of the district court's opinion. 460 F.Supp. 1282.

AFFIRMED.

* Senior District Judge of the Western District of Louisiana, sitting by designation.

James W. WILLETT,
Petitioner-Appellant,

v.

STATE OF GEORGIA,
Respondent-Appellee.

No. 77–1123
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Dec. 22, 1978.

Myron K. Allenstein, Gadsden, Ala., for petitioner-appellant.

Arthur K. Bolton, Atty. Gen., G. Stephen Parker, Asst. Atty. Gen., John C. Walden, Asst. Atty. Gen., Robert S. Stubbs, II, Exec. Asst. Atty. Gen., Richard L. Chambers, 1st Asst. Atty. Gen., Atlanta, Ga., for respondent-appellee.

Before THORNBERRY, GODBOLD and RUBIN, Circuit Judges.

PER CURIAM:

It appears that petitioner, a state prisoner seeking habeas corpus, did not exhaust in state court his claim that the state knowingly concealed evidence favorable to him. The district court, therefore, correctly dismissed his petition on the ground of failure to exhaust. *Galtieri v. Wainwright*, 582 F.2d 348 (CA5, 1978) (en banc).

AFFIRMED.

* Rule 18, 5 Cir.; *see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.*, 5 Cir., 1970, 431 F.2d 409, Part I.